UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOVAN HARDWICK,

   Plaintiff,                         CASE NO.: 8:15-CV-02514-SCB-EAJ

-vs-

SUNRISE CREDIT SERVICES, INC.,

   Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

    Plaintiff, Jovan Hardwick, by and through her undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant, Sunrise Credit Services, Inc., have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

    Dated this 21st day of January, 2016.

                                             /s/ *William Peerce Howard*
                                             William Peerce Howard, Esquire
                                             Morgan & Morgan, P.A.
                                             One Tampa City Center
                                             201 N. Franklin St., 7th Floor
                                             Tampa, FL 33602
                                             Tele: (813) 223-5505
                                             Fax: (813) 223-5402
                                             Florida Bar #: 0103330
                                             Attorney for Plaintiff
                                             bhoward@forthepeople.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing was filed electronically on the 21st day of January, 2016, in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing System. Parties may access this filing through the Court's Filing System.

Ernest "Skip" Kohlmyer, III, Esquire
Urban, Their & Federer, P.A.
200 S. Orange Ave., Suite 2000
Orlando, FL 32801
kohlmyer@urbanthier.com

/s/ William Peerce Howard
Attorney for Plaintiff